- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GRETCHEN BAGLEY, individually and on behalf of all others similarly situated, | ) Case No. 5:24-cv-01603-CEF<br>)<br>) Judge Charles Esque Fleming |
| Plaintiff, | )<br>) |
| v. | ) **UNOPPOSED MOTION BY DEFENDANT** |
| COMMUNITY MINERALS II, LLC, a Wyoming corporation, | ) **FOR AN EXTENSION OF TIME TO**<br>) **RESPOND TO COMPLAINT**<br>) |
| Defendant. | ) |

Defendant, Community Minerals II, LLC ("Defendant"), respectfully submits this Unopposed Motion for Extension of Time to Respond to the Complaint filed by Plaintiff, Gretchen Bagley ("Plaintiff"). In support of this Unopposed Motion, Defendant states that the parties are conducting factual investigation relating to this matter. The undersigned has conferred with counsel for Plaintiff about the requested extension of time, and counsel for Plaintiff has no objection to same. Accordingly, Defendant respectfully requests that the Court grant its Unopposed Motion and enter an Order extending Defendant's deadline to respond to the Complaint by thirty (30) days, up to and including November 11, 2024.

This the 7th day of October, 2024.

- 2 -

Respectfully submitted,

/s/ *V. Brandon McGrath*
V. Brandon McGrath (0072057)
DENTONS BINGHAM GREENEBAUM LLP
312 Walnut Street #2450
Cincinnati, Ohio 45202
Telephone:  (513) 455-7641
Facsimile:   (513) 455-8500
brandon.mcgrath@dentons.com

Attorneys for Defendant
COMMUNITY MINERALS II, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of October, 2024 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

/s/ *V. Brandon McGrath*
Attorneys for Defendant