# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GRETCHEN BAGLEY, individually and on behalf of all others similarly situated, | ) Case No. 5:24-cv-01603-CEF ) |
| Plaintiff, | ) Judge Charles Esque Fleming ) ) |
| v. | ) **[PROPOSED] ORDER** ) |
| COMMUNITY MINERALS II, LLC, a Wyoming corporation, | ) ) ) |
| Defendant. | ) ) |

Defendant, Community Minerals II, LLC ("Defendant"), having filed an Unopposed Motion for Extension of Time to Respond to the Complaint filed by Plaintiff, Gretchen Bagley ("Plaintiff"), and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion be, and is, hereby **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that Defendant shall respond to Plaintiff's Complaint on or before November 11, 2024.

This the ___ day of October, 2024.

_____
HON. CHARLES ESQUE FLEMING
UNITED STATES DISTRICT JUDGE