IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GRETCHEN BAGLEY, individually and on behalf of all others similarly situated, *Plaintiff*, v. COMMUNITY MINERALS II, LLC, *Defendant.* | Case No. 5:24-cv-01603 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Bagley hereby gives notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 8th day of November, 2024.      Respectfully submitted,

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: November 8, 2024

/s/ Avi Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Brian T. Giles
Brian@gilesharper.com
Giles & Harper, LLC
7243 Beechmont Avenue,
Cincinnati, Ohio 45230
Telephone: (513) 379-2715

*Attorneys for Plaintiff and the putative Classes*